

Oct. 5, 2015

U.S. District Judge Sara Lioi
John F. Seiberling Federal Building
Two S. Main St., Room 526
Akron, OH 44308-1813

**Judge Lioi-**

I am requesting the ability to obtain copies of all previously unreleased evidentiary materials admitted at the trial of James Dimora. My request includes audio and video recordings, photographs and written materials. It also includes transcripts of conversations captured by wiretap.

For your own information, I write about federal courts as a reporter for the Northeast Ohio Media Group in Cleveland. On Oct. 6, 2014, the U.S. Supreme Court denied Mr. Dimora's request to hear his appeal. All of the remaining evidence from his trial should now become public.

Should you need to reach me, my contact information is at the bottom of this letter. Thank you for your consideration of this request.

Sincerely,

Eric Heisig
1801 Superior Ave.
Cleveland, OH 44114-2198
Desk: (216) 999-4128
Cell: (216) 678-2848
eheisig@cleveland.com



** RESUBMITTING THIS REQUEST PREVIOUSLY SENT 4/3/15 **

October 6, 2015

Judge Sarah Lioi
John F. Seiberling Federal Building
Two South Main Street
Room 526
Akron, OH  44308-1813

Judge Lioi,

On October 7, 2014 I wrote to request copies of previously sealed evidentiary material from the James Dimora Trial. My request was for all previously unreleased materials, including but not limited to audio and video recordings, photographs and written materials.

I am a reporter for WOIO TV and covered the trial extensively. During trial some of these materials were released, however you ruled that others would remain sealed until Mr. Dimora's case was complete and all appeals exhausted. It appeared that with the refusal of the U.S. Supreme Court to hear his appeal that his case had ended. You ruled that you were inclined to release the materials, but since Dimora had expressed the possibility he would ask for another review by the Supreme Court you held the release in abeyance. In recent weeks I have noticed that the U.S. Marshall's Office has begun to sell some of the materials confiscated from Dimora's home. It seems that they are working under the assumption that the case has ended. Therefore I renew my request for the release of the above mentioned materials.

I make this request under all applicable open records statutes and in my role as a reporter for WOIO TV. Please let me know if there are any other steps I need to take to obtain these materials.

Sincerely,

Paul Orlousky
News Reporter
WOIO TV
1717 E. 12th. St.
Cleveland, OH  44114
216-215-1943 - c