UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10CR387 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JAMES C. DIMORA, *et al*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

The Court has received requests from members of the media to release all previously unreleased evidentiary materials admitted in trial of this matter. (Doc. No. 1100.) As the Court has indicated in previous orders, it will release these materials once defendants have exhausted their appeals or at such other time as is appropriate. (*See* Doc. Nos. 763, 1078, 1083.) Defendant Dimora and defendant Gabor have each represented to this Court that they intend to file motions to vacate, set aside or correct their sentences under 28 U.S.C. § 2255. Thus, in an abundance of caution, the Court shall give the parties leave to file objections before ruling on these latest requests. Further, given that the defendants are proceeding *pro se* and must mail their responses, the Court shall afford the parties leave until October 22, 2015 to file any such objections.

**IT IS SO ORDERED**.

Dated: October 8, 2015

_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**