No. 17-4136

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| MICHAEL D. GABOR, ) | **FILED** |
| ) | May 07, 2018 |
| Petitioner-Appellant, ) | DEBORAH S. HUNT, Clerk |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent-Appellee. ) | |

Before: GUY, COOK, and DONALD, Circuit Judges.

Michael D. Gabor, a pro se federal prisoner, moves the court to review its February 7, 2018, order denying his application for a certificate of appealability pursuant to Rule 27(c) of the Federal Rules of Appellate Procedure. Rule 27(c) states that "[t]he court may review the action of a single judge." We therefore construe Gabor's Rule 27(c) motion as a petition for panel rehearing under Rule 40 of the Federal Rules of Appellate Procedure. Gabor's petition does not show that the court overlooked or misapprehended a point of law or fact in denying his application for a certificate of appealability. *See* Fed. R. App. P. 40(a)(2).

Accordingly, we **DENY** Gabor's petition.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk